**IN THE UNITED STATES DISTRICT COURT FOR THE**

**WESTERN DISTRICT OF OKLAHOMA**

**FILED**

MAR 0 2 2021

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT WESTERN DIST. OKLA.
BY_____,DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Case No.** CR 21-050 G |
| **-vs-** ) | |
| ) | |
| **CHRISTOPHER JAMES LaFEVER,** ) | **Violations: 18 U.S.C. § 2252A(a)(2)(A)** |
| ) | **18 U.S.C. § 2252A(a)(5)(B)** |
| **Defendant.** ) | |

## I N D I C T M E N T

The Federal Grand Jury Charges:

### COUNT 1
### (Distribution of Child Pornography)

Between on or about June 28, 2020 and on or about July 2, 2020, in the Western

District of Oklahoma,

------------------------------ **CHRISTOPHER JAMES LaFEVER** ------------------------------

knowingly distributed child pornography using a means and facility of interstate and

foreign commerce.

All in violation of Title 18, United States Code, Section 2252A(a)(2)(A), the penalty

for which is found at Title 18, United States Code, Section 2252A(b)(1).

### COUNT 2
### (Possession of Child Pornography)

On or about February 9, 2021, in the Western District of Oklahoma,

------------------------------ **CHRISTOPHER JAMES LaFEVER** ------------------------------

knowingly possessed material containing images of child pornography that involved

prepubescent minors and minors who had not attained twelve years of age, which were produced using materials that were transported in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B), the penalty for which is found at Title 18, United States Code, Section 2252A(b)(2).

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
Acting United States Attorney

MARK R. STONEMAN
Assistant United States Attorney